ACCEPTED
03-14-00383-CV
4461881
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:33:48 PM
JEFFREY D. KYLE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:33:48 PM
JEFFREY D. KYLE
Clerk

March 11, 2015

Third Court of Appeals                                       *VIA HAND-DELIVERY*
209 West 14th Street, Room 101
Austin, Texas 78701

Attention: Jeffrey D. Kyle

Re:     Court of Appeals No. 03-14-00383-CV; In the Court of Appeals for the Third District
        Court of Texas, Austin, Texas; Roger Bufler and Sandy Bufler v. Texas Department
        of Transportation.

Dear Mr. Kyle:

I am in receipt of your letter notifying that the captioned matter is set for oral argument on April 9, 2015 in San Angelo, Texas. This is to confirm that I will be attending and arguing this case on behalf of the Texas Department of Transportation.

Sincerely,

MICHAEL RATLIFF
michael.ratliff@texasattorneygeneral.gov
Assistant Attorney General
Transportation Division
Office of the Attorney General
Phone: (512) 463-2004
Fax: (512) 463-2004

MR/mmh

Cc:     Trey L. Dolezal                                    *VIA FACSIMILE*
        KASLING & ATWELL, LLP.
        301 Congress Avenue, Suite 300
        Austin, Texas 78701